In the Matter of the Application of JOHN GILES FORD, Appellant, for a Peremptory Writ of Mandamus against THE BOARD OF SUPERVISORS OF DELAWARE COUNTY, Respondent.

*Matter of Ford* v. *Supervisors Delaware Co.*, 92 App. Div. 119, appeal dismissed.

(Argued April 27, 1904; decided May 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 21, 1904, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to audit a claim of relator.

*Charles L. Pashley* for appellant.

*George A. Fisher* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

DANIEL V. ARTHUR, Respondent, *v.* HENRY B. SIRE, Appellant.

*Arthur* v. *Sire*, 87 App. Div. 633, appeal dismissed.
(Submitted April 27, 1904; decided May 17, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1903, which affirmed an order of Special Term made pursuant to section 1947 of the Code of Civil Procedure.

*Franklin Bien* for appellant.

*William A. Keener* and *Leon Laski* for respondent.

Appeal dismissed with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.